IN THE UNITED STATES DISTRICT COURT
FOR THE EASTRRN DISTRICT OF PENNSYLVANIA


SATNAM DISTRIBUTORS LLC : CIVIL ACTION
:
     v. :
:
COMMONWEALTH -ALTADIS, INC. et al. : NO. 14-6660


## ORDER

     **AND NOW**, this 14th day of October, 2015, having considered Defendants' Motions to Dismiss Plaintiff's Complaint (ECF Document Nos. 22, 23), Plaintiff's response thereto (Doc. 26), and Defendants' replies (Docs. 27, 28), and having held oral argument on Defendants' Motions on July 22, 2015, it is hereby **ORDERED** that the motions are **GRANTED IN PART AND DENIED IN PART**, as follows:

1. The Motion to Dismiss filed by Commonwealth-Altadis, Inc., Commonwealth Brands, Inc., and Altadis, U.S.A., Inc. is **DENIED** as to Count I of Plaintiff's Complaint and **GRANTED** as to Counts V and VI.

2. The Motion to Dismiss filed by Harold Levinson Associates, Inc. is **DENIED** as to Count II of Plaintiff's Complaint and **GRANTED** as to Counts III, IV, V, and VI.

Defendants shall file answers to the remaining claims of Plaintiff's Complaint no later than 20 days from the date of this Order.

                    BY THE COURT:


                    /s/ L. Felipe Restrepo
                    _____
                    L. FELIPE RESTREPO,       J.