```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SATNAM DISTRIBUTORS LLC, d/b/a   :
LION & BEAR DISTRIBUTORS         : CIVIL ACTION
                                 :
        Plaintiff                :
                                 : NO. 14-CV-6660
        vs.                      :
                                 :
COMMONWEALTH-ALTADIS, INC.,      :
COMMONWEALTH BRANDS, INC.,       :
ALTADIS, U.S.A., INC.,           :
HAROLD LEVINSON ASSOCIATES, INC. :
                                 :
        Defendants               :
```

**ORDER**

AND NOW, this     22nd     day of August, 2017, upon consideration of Plaintiff's Motion for an Order Dismissing Defendants Commonwealth-Altadis, Inc., Commonwealth Brands, Inc. and Altadis U.S.A., Inc. (Doc. No. 78), and it appearing to the Court that the parties have reached a settlement and that the Motion is uncontested, it is hereby ORDERED that the Motion is GRANTED and Plaintiff's claims against Defendants Commonwealth-Altadis, Inc., Commonwealth Brands, Inc. and Altadis U.S.A., Inc. are DISMISSED with prejudice pursuant to Fed. R. Civ. P. 41(a)(2) with each side bearings its own costs.

IT IS FURTHER ORDERED that this action shall continue against Defendant Harold Levinson Associates, Inc. ("HLA") and that this Order is without prejudice to Plaintiff's claims

against that remaining defendant.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER,      J.